1
2
3
4
5
6
7
8                                  UNITED STATES DISTRICT COURT
9                               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ROGER WAYNE SCOTT,                              No.  2:16-cv-0839 CKD P
12              Petitioner,
13         v.                                        <u>ORDER</u>
14   S. HATTEN,
15              Respondent.
16
17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas
18   corpus pursuant to 28 U.S.C. § 2254.  In his application, petitioner challenges a conviction issued
19   by the Kings County Superior Court.  Kings County is part of the Fresno Division of the United
20   States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).
21         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
22   division of a court may, on the court's own motion, be transferred to the proper division of the
23   court.  Therefore, this action will be transferred to the Fresno Division of the court.
24   /////
25   /////
26   /////
27   /////
28   /////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated:  April 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/md
scot0839.109

2