# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ROGER WAYNE SCOTT,

        Petitioner,

  v.

S. HATTEN, Warden,

        Respondent.

Case No. 1:16-cv-00599-LJO-SKO  HC

ORDER DIRECTING CLERK
OF COURT TO AMEND CAPTION

Respondent Shawn Hatton, Warden of the Correctional Training Facility, Soledad, California, has advised the Court that his name was misspelled in the caption of the petition for writ of habeas corpus (Doc. 1) filed in this case.  Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Shawn Hatton, Warden, Correctional Training Facility, as Respondent.

IT IS SO ORDERED.

Dated:   **September 30, 2016**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

1