# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER WAYNE SCOTT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SHAWN HATTON, Warden, Correctional Training Facility,<br><br>　　　　Respondent. | Case No. 1:16-cv-00599-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION<br><br>(Doc. 27) |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner has advised the Court that he is presently incarcerated in the California Institution for Men, Chino, California. As a result, Dean Borders, Warden of the California Institution for Men, has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption to reflect the name of Dean Borders, Warden, California Institution for Men, as Respondent.

IT IS SO ORDERED.

Dated: __**March 20, 2017**__　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE